AO 91 (5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

PADRON THOMAS
d.o.b. 1-06-1968
soc. 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
947 Kirbert Avenue
Cincinnati, Ohio 45205

(Name and Address of Defendant)

CASE NUMBER:

**1:07MJ00253**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 25, 2007 in Hamilton county, in the Southern District of Ohio defendant(s)

did, (Track Statutory Language of Offense)
possess a firearm in and affecting commerce, to wit a loaded Taurus 357 caliber revolver, bearing serial number VH972752, which had been shipped in interstate commerce, after having been convicted of a crime(s) punishable by imprisonment for a term exceeding one (1) year, that is Forcible Rape, in case number B-90-4624, in the Hamilton County Court of Common Pleas, Hamilton County, Ohio; and, Robbery, in case number B-88-0391, in the Hamilton County Court of Common Pleas, Hamilton County, Ohio.

in violation of Title 18 United States Code, Section(s) 922(g)(1) &924(a)(2)

I further state that I am a(n) Agent of the Hamilton County Sheriff's Department Regional Narcotics Unit and that this complaint is based on the following facts:

See attachment

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my

10/26/07
Date

at CINCINNATI, OH
City and State

TIMOTHY S. BLACK
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Timothy S. Black
Signature of Judicial Officer

**Attachment**

On October 25, 2007, Officers executed a search warrant at 2554 Westwood Northern Boulevard, apartment #2, Cincinnati, Ohio 45211.  During the execution of the search warrant, Padron Thomas fled the residence on foot to a separate apartment.  After knocking on the door of the residence in which Padron Thomas fled, Hamilton County Regional Narcotics Unit (RENU) officers apprehended him.  He was seated on a loveseat in the living room area of the residence.  A check of the loveseat resulted in the recovery of a loaded Taurus 357 caliber revolver.  The officers recovered a brown paper bag containing approximately $28,000 U.S. currency from the apartment. RENU officers determined that Thomas did not reside at the residence and had no reason for being inside the apartment.

RENU officers provided Thomas with his Miranda warnings to which he indicated that he understood those warnings.  Subsequently, Thomas admitted to possessing the loaded 357 revolver and the $28,000 U.S. currency seized inside the apartment.

Also, RENU officers determined that there was narcotics activity taking place inside apartment #2 - the location from which Thomas fled. Thomas acknowledged his association with the apartment and the activities occurring within.

Law enforcement authorities conducted a criminal history check of Thomas and determined he had been convicted of a crimes punishable by imprisonment for a term exceeding one (1) year, that is Forcible Rape, in case number B-90-4624, in the Hamilton County Court of Common Pleas, Hamilton County, Ohio; and, Robbery, in case number B-88-0391, in the Hamilton County Court of Common Pleas, Hamilton County, Ohio.

PEF Paul E Jan
SWORN + SUBSCRIBED) TO
BEFORE ME  10/26/07

Timothy S. Black
U.S. MAGISTRATE JUDGE