### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

**United States of America**

**vs.**                                          **Case No.  1:07-cr-148-11**

**Ceran Lipscomb**

### CRIMINAL MINUTES - *Sentencing*
*(2:00-2:46)*

U.S. ATTORNEY PRESENT: *KENNETH PARKER*

COUNSEL FOR DEFENDANT: *MICHAEL WIETHE*

PROBATION OFFICER: *LISA EGNER*

Waiver of Indictment filed _____      INFORMATION  filed _____

Defendant waives reading of:  Indictment _____      Information _____

Statement of Agent _____

Defendant pleads: **GUILTY** *COUNT I*

         **NOT GUILTY**_____

         **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court ____✓____

Case referred to Probation Department for Presentence Report _____

Bond of_____ Continued _____ Set _____ ✓

Defendant in custody pursuant to pretrial detention order ___✓___

An appeal of sentence to be filed by Clerk of Court _____ ✓

Defendant does not desire an appeal to be filed by the Clerk at this time ___✓___

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

**PROCEEDINGS:** Δ's OBJECTIONS TO PSR: 1) MANDATORY MINIMUM - Moot 2) No DOWNWARD FOR ROLE IN THE OFFENSE - BOTH OBJECTIONS WITHDRAWN. GOVT'S 5K MOTION GRANTED. SENTENCE: 60 MONTHS IMPRISONMENT FOLLOWED BY 5 YEARS SUPERVISED RELEASE Δ must participate in substance abuse treatment; alcohol is forbidden $500 fine; $ assessment Δ ineligible for federal benefits for 10 years the Court will recommend incarceration **Court Personnel** Closest to Cincinnati + participation in 500 hr. drug abuse program

**Honorable:** Sandra S. Beckwith, Senior Judge
**Deputy Clerk:** Mary Brown
**Court Reporter:** Mary Ann Ranz (Official)
**Date:** Monday, June 22, 2009

2